IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-3018 |
| | ) | |
| TINA L. RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION**

RICHARD MILLS, U.S. District

United States Marshal Steven Deatherage has been appointed to make sale and carry into affect the sale of property in this case. The Court has examined the Marshal's report concerning the sale and finds that the Marshal has proceeded in accordance with all relevant terms and that the sale was fair. Furthermore, the Court finds:

1. A notice, as required under 735 ILCS § 5/15-1507(c), was given;

2. The terms of sale were fair and not unconscionable;

3. The sale was conducted fairly and without fraud;

4. Justice was done by the sale;

5. All redemption and reinstatement periods have expired without redemption or reinstatement having been made.

**ERGO**, it is ORDERED:

A. Report of Sale is approved;

B. There is no deficiency judgment ordered in favor of the Plaintiff;

C. The U.S. Marshal will execute a deed to the holder of the Certificate of Sale at this time sufficient to convey title pursuant to 735 ILCS § 5/15-1509(a) and 28 U.S.C. § 2001;

D. The holder of the certificate of sale or deed issued pursuant to the Certificate shall be entitled to possession of the subject real estate on the 31st day after entry of this Opinion; that in the event possession is withheld on the 31st day after entry of this Opinion, the U.S. Marshal is directed to evict and dispossess Defendant Tina Russell from the subject real estate without further order or notice;

E. There is no just reason to delay enforcement of or appeal from this final Opinion;

F. The United States shall distribute proceeds from the sale in the manner provided herein and in the Judgment of Foreclosure previously approved by this Court as soon as practicable after entry of this Opinion.

IT IS SO ORDERED.

ENTER: August 24, 2005

FOR THE COURT:                              s/ Richard Mills
                                        United States District Judge